PROB 12A
(7/93)

# United States District Court

for

*District of Guam*

**Report on Offender Under Supervision**

FILED
DISTRICT COURT OF GUAM
DEC 20 2006
MARY L.M. MORAN
CLERK OF COURT

Name of Offender: **Jesse Taimanglo Meno**  Case Number: **CR 03-00029-001**

Name of Sentencing Judicial: John S. Unpingco

Date of Original Sentence: December 10, 2003

Original Offense: Count I: Criminal Conspiracy, in violation 18 U.S.C. §§ 371 and 2.
Count VII: Unauthorized Use of Access Device, in violation of 18 U.S.C. § 1029(a)(2)

Original Sentence: 18 months imprisonment followed by three years supervised release with conditions that he: participate in drug treatment and testing; refrain from any and all alcoholic beverages; not incur any new credit charges or open additional lines of credit without approval of the probation office; provide access to all requested financial information to the probation office; perform 300 hours of community service; pay $3,345.38 restitution; and pay a special assessment fee of $200.

Type of Supervision: Supervised Release    Date Supervision Commenced: November 2, 2006

## NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failure to report a change in residence |
| 2. | Failure to report to the U.S. Probation Office as instructed (November 9 and 11, 2006) |

# ORIGINAL

Jesse Taimanglo Meno was released from federal custody on November 2, 2006, and returned to Guam to begin serving his three year term of supervised release. He failed to report to the probation office as instructed on November 9, 2006, to complete his supervision orientation. In response to his missed appointment, this Officer made a home visit at Mr. Meno's reported residence and was told by his stepfather, Manuel Acosta, that he did not live there, nor had he ever lived there. Mr. Acosta stated that he believed Mr. Meno was living with his sister, Barbara Meno (also a convicted felon), in Maite. Mr. Meno later reported to the probation office to report his change in residence, and admitted to forgetting about his scheduled appointment earlier with this Officer. He stated that he was now living with sister, Mandy Manibusan, in Yigo.

Mr. Meno failed to report to the probation office on November 27, 2006, to submit proof of job search activity and to complete the community service referral process. This Officer made a home visit at his new residence on November 28, 2006, but Mr. Meno was not home. At another home visit made on December 1, 2006, this Officer admonished Mr. Meno for his continued failure to report as instructed to the probation office. He reported transportation problems, but offered no reason why he did not call to explain his nonappearance. Mr. Meno was advised by this Officer that his violations would be reported to the Court, and that continued violations would result in punitive action requested of the Court. He apologized and assured he would return to full compliance.

Except as outlined above, Meno is in compliance with his conditions of supervised release. He is presently seeking employment and has been referred to perform the community service order of 300 hours. Payment of restitution and the special assessment fee will commence once Mr. Meno obtains employment.

The above report is submitted for the Court's information only, and no action is requested at this time. Mr. Meno's compliance will be closely monitored, and any subsequent violations will be reported to the Court accordingly.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON  
U.S. Probation Officer  
Supervision Unit Leader  
Date: DEC. 18, 2006

Respectfully submitted,

by: ROBERT I. CARREON  
U.S. Probation Officer  
Date: 12·15·2006

## THE COURT ORDERS

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ No Action

☐ Other

RECEIVED DEC 18 2006  
DISTRICT COURT OF GUAM  
HAGATNA, GUAM

HON. FRANCES M. TYDINGCO-GATEWOOD  
Chief Judge  
District Court of Guam  
12/19/06  
Date