# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-03-00029-001　　　　　　　　　　DATE: May 02, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: None Present　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 3:15:10 - 3:20:45
CSO: J. Lizama / J. McDonald

**APPEARANCES:**
Defendant: Jesse Taimanglo Meno　　　　　Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David　　　　　　U.S. Agent:
U.S. Probation: Robert Carreon　　　　　　U.S. Marshal: V. Roman
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance re Petition to Revoke Supervised Release**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Disposition Hearing set for: May 9, 2007 at 9:00 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: