

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JESSE TAIMANGLO MENO,

    Defendant.

CRIMINAL CASE NO. 03-00029-001

**APPOINTMENT ORDER**

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 2nd day of May, 2007.

FRANCES M. TYDINGCO-GATEWOOD
CHIEF JUDGE