# UNITED STATES DISTRICT COURT

District of      GUAM

UNITED STATES OF AMERICA

V.

**Jesse Taimanglo Meno**

**WARRANT FOR ARREST**

Case Number: CR-03-00029-001

RECEIVED MAR 12 2007 US MARSHALS SERVICE-GUAM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **Jesse Taimanglo Meno**
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    **X** Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

**See the Petition for Warrant or Summons for Offender Under Supervision and Order separately filed on 3/12/2007.**

**FILED**
DISTRICT COURT OF GUAM

MAY - 2 2007

in violation of Title _____ United States Code, Section(s) _____

**Leilani R. Toves Hernandez**
Name of Issuing Officer

/s/ Hernandez
Signature of Issuing Officer

**MARY L.M. MORAN**
**CLERK OF COURT**

**Deputy Clerk**
Title of Issuing Officer

**March 12, 2007; Hagatna, Guam**
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

MANGLONA MARKET LOCATED IN MONGMONG.

| DATE RECEIVED 03/12/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 05/02/07 | TFO Eugene T. Ianos | /s/ Eugene J. Iano |

ORIGINAL

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __Jesse Taimanglo Meno__

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____