ORIGINAL

MENO_J.mtn

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY - 8 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 03-00029 |
|---|---|
| Plaintiff, | ) |
| vs. | ) MOTION FOR PAYMENT OF<br>) SPECIAL ASSESSMENT FEE |
| JESSE TAIMANGLO MENO, | ) |
| Defendant. | ) |

COMES NOW Plaintiff, UNITED STATES OF AMERICA, and moves, pursuant to 18 U.S.C. Section 3572(d), for an Order requiring the United States Marshal Service to pay to the Clerk, United States District Court of Guam, the amount of $111.00 in partial satisfaction of the $200.00 special assessment fee assessed against the Defendant, JESSE TAIMANGLO MENO, and in support states as follows:

1. At the time of the Defendant's arrest approximately $111.00 in United States currency, among other things, was seized from him and has been in the possession of the United States Marshal Service ("USMS"). A copy of the USMS receipt is attached as Exhibit "A."

2. 18 U.S.C. § 3572(d) provides that: "A person sentenced to pay a fine or other monetary penalties shall make such payment immediately, unless, in the interest of justice, the court provides for payment on a date certain or in installment."

//

3. The United States requests that, from said funds in the custody of the USMS, an amount of $111.00 be paid to the Clerk, United States District Court of Guam, in partial satisfaction of the special assessment fee assessed against Defendant at his sentencing on December 10, 2004.

RESPECTFULLY SUBMITTED this _8th_ day of May, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

U.S. Department of Justice  
United States Marshals Service



UNITED STATES MARSHALS SERVICE  
DISTRICT OF  GUAM

# SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. | CASE TITLE |
|---|---|
| CR-03-00029-001 | |

SUBJECT (Name, address)  
MENO, JESSE TAIMANGLO

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
| 1 | 2ea. | Clear plastic straw like containers. | |
| 2 | 1ea. | Black bi-fold wallet | |
| 3 | 7ea. | Navy Federal Credit Union Visa Card #406315613692794? | |
| | | USAA Platinum Master Card Card #5491237052036129 | |
| | | Bank of Guam Pacific Express Card Card #02022710009 | |
| | | Social Security Card #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 | USMS |
| | | Nebraska Operators License #12298420 | |
| | | Digital & Film Photo member card | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| IFO Eugene T. Lanos | USMS | 05/02/07 | Eugene T. Lanos |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |

(Continued)

(Prior Editions are Obsolete and not to be used)



Form USM-102  
Rev. 04/78


## UNITED STATES MARSHALS SERVICE
## DISTRICT OF ____ GUAM ____

# SEIZED PROPERTY AND EVIDENCE CONTROL

RECEIVED FROM (Name and address)

| CASE NO. | CASE TITLE |
|---|---|

SUBJECT (Name, address)
MENO, JESSE TAIMANGLO

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value, etc.) | STORAGE LOCATION |
|---|---|---|---|
|  |  | Ocean Vista receipt, dated 04/29/2007 | USMS |
| 4 | $111.00 | Cash money / U.S. currency |  |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| TFO Eugene T. Igros | USMS | 05/02/07 | [signature] |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| 1-4 | 05/02/07 | NAME & AGENCY / SIGNATURE | NAME & AGENCY: TFO Eugene T. Igros / SIGNATURE [signature] | EVIDENCE SAFE KEEPING |
|  |  | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE |  |
|  |  | NAME & AGENCY / SIGNATURE | NAME & AGENCY / SIGNATURE |  |

(Continued)

(Prior Editions are Obsolete and not to be used)

Form USM-102
Rev. 04/78