# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-03-00029-001                                DATE: May 09, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 8:53:53 - 9:28:35
CSO: J. Lizama

**APPEARANCES:**
Defendant: Jesse Taimanglo Meno              Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.            ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David    U.S. Agent: Eugene Igros, U.S.M.S. Task Force Agent
U.S. Probation: Robert Carreon     U.S. Marshal: V. Roman / C. Marquez
Interpreter:                       Language:

**PROCEEDINGS: Disposition Hearing**
- Allegations stated by the Probation Officer.
- Mr. Arens objected to the Probation Officer's request to release information regarding criminal activity.
- Court instructed Mr. Arens to file his brief on the issue by 5/23/2007; Government's response due by 6/6/2007.
- Defendant admits to all allegations, except those in the cited in the Supplemental Declaration filed on 5/8/2007.
- Court finds that the defendant did violate conditions of supervised release.
- Revocation of supervised release granted.
- Defendant committed to the Bureau of Prisons for a term of 24 months. While in prison, the defendant shall participate in the 500 Hour Intensive Drug Treatment Program and any vocational and educational programs approved by the Bureau of Prisons.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: