MenoJ.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00029 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| JESSE TAIMANGLO MENO, | ) | Re: United States Motion for Payment of Special Assessment Fee |
| Defendant. | ) | |

    Based upon the Plaintiff's Motion for Payment of Special Assessment, the Court hereby orders the United States Marshal Service deposit to the Clerk, United States District Court of Guam, the amount of $111.00 that was obtained from Defendant, JESSE TAIMANGLO MENO, upon his arrest in partial satisfaction of the $200.00 special assessment fee assessed against Defendant at sentencing on December 10, 2004.

    **IT IS SO ORDERED**.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Jun 04, 2007**