AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __2__ of __5__

**DEFENDANT:** JESSE TAIMANGLO MENO
**CASE NUMBER:** CR-03-00029-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**24 months.**

X  The court makes the following recommendations to the Bureau of Prisons:
   While in prison, the defendant shall participate in the 500 Hour Intensive Drug Treatment Program and vocational and educational programs approved by the Bureau of Prisons.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

**FILED**
**DISTRICT COURT OF GUAM**
**NOV 20 2007**
JEANNE G. QUINATA
Clerk of Court

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on __10-17-07__ to __FCI Sheridan__
a __Sheridan, OR__ with a certified copy of this judgment.

_Charles A. Daniels, U.S. Marshal_
UNITED STATES MARSHAL

By _[signature]_
DEPUTY UNITED STATES MARSHAL

AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ **Guam** _____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |
| JESSE TAIMANGLO MENO | Case Number: CR-03-00029-001 |
| | USM Number: 00426-093 |
| | **RICHARD ARENS, Assistant Federal Public Defender** |
| | Defendant's Attorney |

RECEIVED
NOV 20 2007
US MARSHALS SERVICE-GUAM

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) _see below_ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| | Failure to refrain from committing a federal, state, or local crime. | January 2007 |
| | Failure to refrain from any unlawful use of a controlled substance. | February 2007 |
| | Failure to answer truthfully all inquiries and follow the instructions of the probation officer. | February 2007 |
| | Failure to maintain employment. | January 2007 |
| | Failure to notify the probation officer of a change in residence. | February 2007 |
| | Failure to perform community service. | February 2007 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of _____

Defendant's Residence Address: _____

Defendant's Mailing Address:
P.O. Box 11378, Yigo, GU 96929

Date of Imposition of Judgment: **May 9, 2007**

RECEIVED
MAY 11 2007
US MARSHALS SERVICE-GUAM

/s/ Frances M. Tydingco-Gatewood
**Chief Judge**
Dated: May 11, 2007

I hereby certify that the annexed instrument is a true copy of the original on file in my office.
ATTEST: CLERK OF COURT
District Court of Guam
Territory of Guam
By: _____
Deputy Clerk

Judgment — Page 3 of 5

DEFENDANT: JESSE TAIMANGLO MENO
CASE NUMBER: CR-03-00029-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 200.00 | $ WAIVED | $ 3,345.38 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Yejung R. Kang<br>Crown food Distributors<br>P.O. Box 23816, GMF<br>Barrigada, GU 96921 | $2,257.49 | $2,257.49 | |
| South Pacific Petroleum<br>  Corporation<br>816 N. Marine Drive<br>EVA Building, 2nd Floor<br>Tamuning, GU 96913 | $489.79 | $489.79 | |
| Pentagon Federal Credit<br>  Union<br>Attn: Financial Security<br>P.O. Box 1432<br>Alexandria, VA 22313 | $323.85 | $323.85 | |
| **TOTALS** | $ 3,345.38 | $ 3,345.38 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: JESSE TAIMANGLO MENO
CASE NUMBER: CR-03-00029-001

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Mobil Oil Guam<br>Attn: Anthony Wesceslao<br>P.O. Box EU<br>Hagatna, GU 96932 | $225.00 | $225.00 | |
| Patricia C. Santos<br>332 Javier Drive<br>Agana Heights, GU 96910 | $30.00 | $30.00 | |
| Delta Management Corporation<br>180 Chalan San Antonio<br>Suite 100<br>Tamuning, GU 96913 | $19.25 | $19.25 | f |

* Findings for the total amount of losses are required by Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 6 — Schedule of Payments

Judgment — Page  5  of  5

DEFENDANT: JESSE TAIMANGLO MEN
CASE NUMBER: CR-03-00029-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** [X] Lump sum payment of $ __3,545.38__ due immediately, balance due

  [ ] not later than _____ , or
  [X] in accordance with [ ] C, [ ] D, [X] E, or [ ] F below); or

**B** [ ] Payment to begin immediately (may be combined with [ ] C, [ ] D, or [ ] F below); or

**C** [ ] Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** [ ] Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** [ ] Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

**F** [X] Special instructions regarding the payment of criminal monetary penalties:

Restitution in the sum of $2,287.49 shall be paid jointly and severally with co-defendant Ann Marie T. Meno; and the additional restitution amount of $1,057.89 shall be paid by the defendant. Restitution payments shall be remitted to the Clerk of Court, 4th Floor, U.S. Courthouse, 520 West Soledad Ave., Hagatna, GU 96910, which shall be disbursed to the victims. Defendant shall pay to the United States a Special Assessment Fee of $200.00 to be paid immediately after sentencing, or while incarcerated.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[X] Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.
Ann Marie T. Meno, CR-03-00029-003, $2,287.49

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States: